## Anthony Padilla, Appellant, v. James Walker, Appellee.

**Gen. No. 44,865.**

Stacy W. Osgood, for appellant; Wyatt Jacobs, for appellee; Charles E. Heckler and Robert O. Rooney, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 8, 1950; released for publication April 3, 1950.